**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

|  |  |
|---|---|
| In re: | BKY Case No.:  08-46367 |
| ARC Venture Holding, Inc., et al., | Chapter 7 (Jointly Administered) |
| Debtors.[1] | |

---

|  |  |
|---|---|
| Brian F. Leonard, Trustee, | |
| Plaintiff, | Adv. No.:  10-4460 |
| vs. | **NOTICE OF DISMISSAL** |
| Cintas Corporation, | |
| Defendant. | |

---

To:     Defendant Cintas Corporation and its counsel, Jason V. Stitt, Keating, Muething & Klekamp, PLL, One East Fourth Street, Suite 1400, Cincinnati, Ohio, 45202-3752.

PLEASE TAKE NOTICE that Brian F. Leonard, Trustee and Plaintiff in the above matter, dismisses this adversary proceeding under Bankruptcy Rule 7041(a)(1)(i) incorporating Fed. R. Civ. P. 41.

---

[1] Jointly administered estates of the following Debtors:  ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375; Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.

/e/  Andrea M. Hauser

Dated: November 16, 2010            By_____
                                       Andrea M. Hauser, #207469
                                       100 South Fifth Street, Suite 2500
                                       Minneapolis, Minnesota  55402-1216
                                       (612) 332-1030
                                       ahauser@losgs.com
                                    Attorneys for Brian F. Leonard, Trustee

430635

_____

In re:                                                              BKY Case No.:  08-46367

ARC Venture Holding, Inc., et al.,                                                Chapter 7
                                                                        (Jointly Administered)
          Debtors.1

_____

Brian F. Leonard, Trustee,
                                                                     Adv. No.:  10-4460
          Plaintiff,

vs.

Cintas Corporation,

          Defendant.

_____

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010, I caused the following documents:

### *Notice of Dismissal*

to be filed electronically with the Clerk of Court through ECF, and that the above documents
will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or
notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail,
postage paid, to the following:

Jason V. Stitt
Keating, Muething & Klekamp, PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202-3752.

---

1 Jointly administered estates of the following Debtors:  ARC Venture Holding, Inc., Case No. 08-46367; Southwest-Tex
Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage Rent-A-Car, Inc., Case No. 08-46369; Coast Leasing
Corp., Case No. 08-46370; Floral Leasing Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso
Leasing Corp., Case No. 08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375;
Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc.; Case No. 08-46377; Steamboat
Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing Corporation, Case No. 08-46380; Tradewinds U-
Drive, Inc., Case No. 08-46383 Ute Leasing Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-
40394.

Dated:  November 16, 2010

/e/  Stephanie Wood
_____

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

430645