UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

ARC VENTURE HOLDING, INC., ET AL.,                    BKY 08-46367
                                                       (Jointly Administered) Chapter 7
                            Debtors.[1]
-----------------------------------
BRIAN F. LEONARD, TRUSTEE,
                                                       ADV 10-4460
                            Plaintiff,
v.                                                     JUDGMENT: DISMISSAL OF
                                                       ADVERSARY PROCEEDING
CINTAS CORPORATION,

                            Defendant.
_____

        At Minneapolis, Minnesota, November 16, 2010.

        The court has been advised that this adversary proceeding has been settled or will be settled, that the

proceeding has been abandoned by all interested parties or that all issues in the proceeding have become

moot.  It is not necessary that the file remain open on the calendar of the court.  This order is entered

accordingly.

        IT IS ORDERED:  That this adversary proceeding is hereby dismissed without prejudice and without

costs to any party.  The Court hereby retains complete jurisdiction to vacate this order and to reopen the

proceeding upon cause shown that further litigation is necessary, that a settlement has not been completed

or that the parties wish to submit and file a stipulation or stipulated form of final judgment to complete a

settlement.

        IT IS FURTHER ORDERED:  That the clerk forthwith serve copies of this order by mail upon the

attorneys for the appropriate parties.

                            /e/ Nancy C. Dreher
                            CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

        [1]Jointly administered estates of the following Debtors:  ARC Venture Holding, Inc., Case
No. 08-46367; Southwest-Tex Leasing Co., Inc., d/b/a Advantage, Case No. 08-46368; Advantage
Rent-A-Car, Inc., Case No. 08-46369;  Coast Leasing Corp., Case No. 08-46370; Floral Leasing
Corp., Case No. 08-46371; Iliad Leasing Corp., Case No. 08-46372; Miso Leasing Corp., Case No.
08-46373; Nugget Leasing Corp., Case No. 08-46374; Okra Leasing Corp., Case No. 08-46375;
Rainier Leasing Corp., Case No. 08-46376; San Antonio Rental & Leasing Co., Inc., Case No. 08-
46377; Steamboat Springs Rental and Leasing Co., Inc., Case No. 08-46379; Sun Leasing
Corporation, Case No. 08-46380; Tradewinds U-Drive,  Inc., Case No. 08-46383; Ute Leasing
Corporation, Case No. 08-46384; Advantage Licensing LLC, Case No. 09-40394.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/16/2010*
Lori Vosejpka, Clerk, by KK